VANESSA G. VARGAS *v.* FRANCISCO A. SPIGNOLIO
(AC 32326)

Bear, Espinosa and Schaller, Js.

Argued September 9—officially released September 27, 2011

Per Curiam. The appeal is dismissed.

MELVIN MITCHELL *v.* COMMISSIONER
OF CORRECTION
(AC 31851)

DiPentima, C. J., and Bishop and Dupont, Js.

Argued September 8—officially released September 27, 2011

Per Curiam. The appeal is dismissed.

CRAIG POYSER *v.* COMMISSIONER
OF CORRECTION
(AC 32322)

DiPentima, C. J., and Gruendel and Beach, Js.

Submitted on briefs September 9—officially released September 27, 2011

Per Curiam. The judgment is affirmed.